IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STANLEY LORENZO WILLIAMS,            )
                                     )
                  Plaintiff,         )
                                     )
          v.                         )     1:02CV00014
                                     )
RON STARLING, RON SHARPE, and        )
FRED GREGORY,                        )
                                     )
                  Defendants.        )

**O R D E R**

On August 7, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636 and defendants filed a response and plaintiff filed a reply.

The Court has reviewed the parties' submissions de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

**IT IS THEREFORE ORDERED** that plaintiff's request for an injunction (docket no. 111) is denied for being frivolous.

**IT IS FURTHER ORDERED** that defendants' motion for sanctions (docket no. 112) is denied, but without prejudice to defendants requesting monetary relief with respect to plaintiff's filing the request for an injunction should plaintiff file another frivolous pleading.

*[signature]*
United States District Judge

September 26, 2006